1  SUZANNE A. LUBAN
   Attorney At Law
2  State Bar No. 120629
   3758 Grand Ave. #4
3  Oakland, California 94610
   Telephone 510/832-3555
4
   Attorney for Defendant
5  DANNY VAN LAM

6

FILED

NOV X 8 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7              UNITED STATES DISTRICT COURT

8        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          )   D.C. No. CR 06-644-CRB
                                       )   (San Francisco)
11              Plaintiff,             )
                                       )   **STIPULATION TO**
12      vs.                            )   **MODIFY CONDITIONS**
                                       )   **OF PRETRIAL RELEASE**
13  DANNY VAN LAM, et al.              )   **AND [PROPOSED] ORDER**
                                       )
14              Defendant.             )
                                       )   Judge: Hon. Elizabeth D. Laporte
15  _____)

16      This Court granted the pretrial release of defendant DANNY VAN LAM on

17  October 5, 2006, on an unsecured personal surety bond signed by several family

18  members. The conditions of release include electronic monitoring, a third party

19  custodian, and supervision by Pretrial Services. Mr. Lam is now gainfully employed

20  and is in full compliance with all pretrial release conditions. Based on home visits by

21  Pretrial Services Officer Anthony Granados of the San Jose office, it appears that it is

22  inadvisable for Mr. Lam to continue to reside at the Buddhist Temple under the

23  supervision of custodian (Monk) Andrew Murphy, due to Mr. Murphy's own family

24  issues.

25      Mr. Lam seeks leave to change his residence to the home of his sister Rose

26  Nguyen and his niece Phuong Tran (both of whom attended the bail hearing and

27  signed as sureties), at 1920 Southwest Expressway, #3, San Jose, California. Mr.

28  Granados has visited this home, and recommends this as an appropriate residence for

1

1  Mr. Lam while he is on pretrial release.

2       It is also requested that Mr. Andrew Murphy be relieved of his duty as
3  custodian for Mr. Lam. Pretrial Services Officer Granados advised defense counsel
4  that he does not believe a custodian is needed at this time in light of the electronic
5  monitoring. However, Mr. Granados discussed the obligations of the custodian with
6  Ms. Tran (MR. Lam's niece, who speaks English, and is employed), and she is
7  willing to undertake those obligations. Since the parties may request termination of
8  electronic monitoring at some point based on Mr. Lam's performance on pretrial
9  release, Ms. Tran remains available to substitute as custodian in place of Andrew
10  Murphy.

11       For the convenience of the custodian, the parties have agreed that she may
12  appear with counsel for Mr. Lam before the duty magistrate judge in San Jose, the
13  Honorable Richard Seeborg, to be formally advised of her obligations as custodian
14  and to sign a revised release order as custodian. It is requested that Mr. Lam's
15  appearance be excused for this brief hearing. It is further requested that the Court
16  permit Mr. Lam to move to his sister and niece's home as soon as this Order is
17  issued, with the proviso that within two weeks the new custodian shall appear before
18  the magistrate judge in San Jose to formally assume her responsibilities as custodian.

19       Therefore, defendant Danny Lam, by and through his counsel Suzanne A.
20  Luban, and the United States of America, through Assistant United States Attorney
21  Kirsten Ault, hereby stipulate and agree to a modification of the defendant's pretrial
22  release conditions such that he shall be permitted to change his residence from 570
23  Jackie Drive, San Jose, California to 1920 Southwest Expressway, #3, San Jose,
24  California, and Phuong Tran (who resides at 1920 Southwest Expressway, #3, San
25  Jose) shall be substituted as custodian in place of Andrew Murphy. The parties agree

26

27

28

2

1   that the defendant shall continue to abide by all other conditions of his release.

2                                         Respectfully submitted,

3

4   DATED: November 3, 2006                    /S/   Kirsten Ault[1]
                                           KIRSTEN AULT
5                                          Assistant U.S. Attorney

6

7   DATED: November 3, 2006                    /S/   Suzanne A. Luban
                                           SUZANNE A. LUBAN
8                                          Attorney for Defendant Danny Lam

9

10  _____

11                        **ORDER**

12        Pursuant to stipulation, the pretrial release conditions of defendant Danny

13  Lam are modified such that he shall change his residence forthwith from 570 Jackie

14  Drive, San Jose, California to 1920 Southwest Expressway, #3, San Jose, California.

15  Within two weeks of the date of this Order, Phuong Tran shall appear in San Jose

16  U.S. district court and shall be substituted as custodian in place of Andrew Murphy.

17  Mr. Murply is hereby relieved of his obligations as custodian.

18        The defendant shall continue to abide by all other conditions of his release

19  absent further Order of the Court.

20  **IT IS SO ORDERED.**

21

22  Dated:  November 8,    , 2006

23  _____
                 EDWARD M. CHEN  for   ELIZABETH D. LAPORTE
24                UNITED STATES MAGISTRATE JUDGE

25        [1]I hereby attest that I have on file all holograph signatures for any signatures

26  indicated by a "conformed" signature (/S/) within this efiled document.
                                        /S/  Suzanne A. Luban
27  _____   SUZANNE A. LUBAN
28                                         Counsel for Defendant Lam

3