SUZANNE A. LUBAN
Attorney At Law
State Bar No. 120629
3758 Grand Ave. #4
Oakland, California 94610
Telephone 510/832-3555

Attorney for Defendant
DANNY VAN LAM

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DANNY VAN LAM, et al. ) <br> ) <br> Defendant. ) <br> _____ ) | D.C. No. CR 06-644-CRB <br> (San Francisco) <br><br> [~~PROPOSED~~] <br> **ORDER MODIFYING** <br> **CONDITIONS** <br> **OF PRETRIAL RELEASE** <br><br> Judge: Hon. Elizabeth D. Laporte |

This matter came on before the Honorable Elizabeth D. Laporte on April 27, 2007. The government was represented by Assistant United States Attorney Kirstin Ault, and defendant Danny Lam was represented by his counsel of record, Suzanne A. Luban. For good cause shown, the Court granted the defendant's motion to modify of his pretrial release conditions to remove the electronic monitoring condition. All other conditions are to remain in force.

**IT IS SO ORDERED.**

Dated: May, _1_, 2007

_____
[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Elizabeth D. Laporte]