1  SUZANNE A. LUBAN
   Attorney At Law
2  State Bar No. 120629
   3758 Grand Ave. #4
3  Oakland, California 94610
   Telephone 510/832-3555
4
   Attorney for Defendant
5  DANNY VAN LAM

6

7              UNITED STATES DISTRICT COURT

8        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,        )    D.C. No. CR 06-644-CRB
                                    )    (San Francisco)
12              Plaintiff,          )
                                    )    STIPULATION RE:
13      vs.                         )    WITHDRAWAL OF PLEA
                                    )    AND QUANTITY
14 DANNY VAN LAM, et al.            )
                                    )    Date: Monday, June 4, 2007
15              Defendants.         )    Time: 9:00 a.m.
   _____)    Judge: Hon. Charles R. Breyer

16

17         On May 22, 2007, defendant Danny Lam appeared before this Court and

18 entered an open guilty plea to the charges in the indictment.  However, the parties

19 later realized that this plea was in error, since there is a superseding indictment on

20 file in this case.  The superseding indictment, which was filed on October 17, 2006,

21 charges Mr. Lam with essentially the same offenses but adds additional named

22 members of the conspiracy and charges plants <u>and</u> kilograms of marijuana.   A copy

23 of the superseding indictment is attached hereto for the Court's reference.

24         Mr. Lam had intended to plead guilty to the most current charging document,

25 but pled guilty instead to the earlier indictment, as a result of the inadvertent error of

26 counsel.  Mr. Lam has also changed his mind about his willingness to plead to the

27 drug quantity, and the government and his counsel have reached an agreement as to

28 the a specific quantity for which Mr. Lam is responsible.  Therefore, he wishes to

                                        1

1  plead guilty to the superseding indictment, and to the stipulated quantity of

2  marijuana.  The government agrees that these circumstances constitute good cause to

3  withdraw the previously entered guilty pleas.

4       Accordingly the parties agree and stipulate that good cause exists to allow

5  Mr. Lam to withdraw his plea.  Immediately following the withdrawal of plea, Mr.

6  Lam intends to enter his open plea to the charges in superseding indictment.

7  Mr. Lam remains out of custody on  pretrial supervision.

8       The parties further agree and stipulate that the quantity of marijuana for which

9  Danny Lam is responsible is 244.3 kilograms.  It is expected that Mr. Lam will plead

10 to conspiring to possess, cultivate and/or distribute, and to possessing, cultivating

11 and/or distributing that quantity

12      The Court set sentencing for Wednesday, August 29, 2007, and the parties

13 request the Court to retain the same sentencing date.

14

15 Dated: May 31, 2007                    ___/S/___Kirstin Ault[1]___
                                         KIRSTEN AULT
16                                       Assistant U.S. Attorney
                                         Attorney for the United States
17

18

19

20 DATED: May 31, 2007                    ____/S/___Suzanne A. Luban___
                                         SUZANNE A. LUBAN
21                                       Attorney for Defendant Danny Lam

22

23

24

25      [1]I hereby attest that I have on file all holograph signatures for any signatures

26 indicated by a "conformed" signature (/S/) within this efiled document.

27                                        __/S/__Suzanne A. Luban___
   _____SUZANNE A. LUBAN
28                                       Counsel for Danny Lam

1

## <u>ORDER</u>

2

3      For Good Cause Shown, defendant Danny Lam is hereby permitted to

4  withdraw his guilty pleas entered on May 22, 2007.

5  **IT IS SO ORDERED.**

6

7  Dated: _____June 1_____, 2007

8                                                      _____

9  _____        CHARLES R. BREYER

10                                                   U.S. DISTRICT



11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28